ACCEPTED
05-15-01516-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
12/15/2015 1:49:21 PM
LISA MATZ
CLERK

05-15-01516-CV

## NO. CC-14-01094-B

| | | |
|---|---|---|
| **JOHN PATMAN** | § | **IN THE COUNTY COURT** |
| Plaintiff | § | |
| | § | RECEIVED IN<br>5th COURT OF APPEALS<br>DALLAS, TEXAS |
| **v.** | § | **AT LAW NUMBER** 12/15/2015 1:49:21 PM |
| | § | LISA MATZ<br>Clerk |
| **STATE FARM LLOYDS** | § | |
| | § | |
| Defendant | § | **DALLAS COUNTY, TEXAS** |

## NOTICE OF APPEAL

Plaintiff, JOHN PATMAN, party to this case, files this Notice of Appeal seeking to alter the trial court's judgment or other appealable order.

The trial court, trial court case number and style of this matter are shown in the above caption.

The Order appealed from was signed on November 16, 2015.

Mr. and Mrs. Patman desire to appeal.

This appeal is being taken to the Fifth Court of Appeals.

This notice is being filed by MR. AND MRS. JOHN PATMAN.


Respectfully submitted,


*Rogelio Garcia*

Rogelio Garcia
Texas Bar No. 07645800
Email:   utlaw82@gmail.com
1317 Telephone
Houston, Texas 77023
Tel. (713) 926-8800
Fax. (713) 926-7700
Attorney for Plaintiff
JOHN PATMAN

1

## CERTIFICATE OF SERVICE

I certify that on December 11, 2015 a true and correct copy of Plaintiff's Notice of Appeal was served by fax on Marcus Marsden Jr. at 817-640-1680.

*Rogelio Garcia*

Rogelio Garcia


Marcus Marsden Jr.
1161 W. Corporate Drive, Suite 101
Arlington, Texas 76006
817-640-1555
817-640-1680